1  JOANNA R. MENDOZA, (Cal. State Bar No. 148320)
   LAW OFFICES OF JOANNA R. MENDOZA, P.C.
2  P.O. Box 2593
   Granite Bay, CA  95746
3  (916) 781-7600
   (916) 781-7601 FAX
4  jmendoza@theiplawfirm.com

5  Attorneys for Plaintiffs
   THOMAS T. AOKI, M.D., and
6  AOKI DIABETES RESEARCH INSTITUTE

7

8                 UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  THOMAS T. AOKI, M.D., an individual, and   )   CASE NO.  2:11-CV-02797-MCE-CKD
    AOKI DIABETES RESEARCH INSTITUTE,          )
12  a California Non-Profit Corporation,        )
                                                )
13                  Plaintiffs,                 )   **ORDER GRANTING**
                                                )   **PLAINTIFFS' REQUEST TO**
14      vs.                                     )   **AMEND CAPTION, COMPLAINT**
                                                )   **AND CASE DOCKET TO**
15  GREGORY FORD GILBERT, an individual;        )   **CORRECT MIS-SPELLING OF**
    BIONICA, INC., a Nevada corporation;        )   **DEFENDANT'S LAST NAME**
16  BIONICA INT'L, LLC, a California limited    )
    liability company; TRINA HEALTH, LLC, a     )
17  California limited liability company; TRINA )
    HEALTH OF NEWPORT BEACH, LLC, a             )
18  California limited liability company; DEEPAL)
    CEMO MEDICAL SOLUTIONS, LLC, a              )
19  California limited liability company also doing)
    business as AMERICAN DIABETES               )
20  THERAPY CENTERS; SAMMY F. CEMO, an)
    individual; DEEPAL WANNKUWATTE, an          )
21  individual; HEALTH INNOVATIONS, LP, a       )
    California limited partnership; ACSRC, LLC, a)
22  Delaware limited liability company; GARY J. )
    MUGG, an individual; SHUYUAN "SHERRY")
23  TANG, an individual; MEDEDCO, LLC, an       )
    Arizona limited liability company; DIABETIC )
24  INNOVATIONS, LLC, a Texas limited liability )
    company; MELANIE J. KUNZ, an individual;    )
25  MICHAEL R. McCARTHY, an individual;         )
    MARC R. ROSE, M.D., an individual; KEVIN    )
26  J. BUCKMAN, M.D., an individual; and DOES  )
    1 – 50, inclusive,                          )
27                                              )
                    Defendants.                 )
28  _____)

                                  0
         ORDER GRANTING REQUEST TO CORRECT CAPTION AND COMPLAINT

**ORDER**

Plaintiffs' request for the Court to amend the case caption, the complaint and the Court's case docket to correct the last name of defendant DEEPAL WANNKUWATTE to the correct spelling, WANN**A**KUWATTE, in the above-captioned matter is GRANTED. The clerk is ordered to make the corrections to the caption and docket in the court's record. All appearing parties shall correct their captions to reflect the corrected spelling of the defendant's last name. If any additional parties are served in this action, a copy of this order shall be served with the complaint.

IT IS SO ORDERED.

Dated:  December 20, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE