1  JOANNA R. MENDOZA, (Cal. State Bar No. 148320)
   LAW OFFICES OF JOANNA R. MENDOZA, P.C.
2  P.O. Box 2593
   Granite Bay, CA  95746
3  (916) 781-7600
   (916) 781-7601 FAX
4  jmendoza@theiplawfirm.com

5  Attorneys for Plaintiffs
   THOMAS T. AOKI, M.D., and
6  AOKI DIABETES RESEARCH INSTITUTE

7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| THOMAS T. AOKI, M.D., an individual, and AOKI DIABETES RESEARCH INSTITUTE, a California Non-Profit Corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>GREGORY FORD GILBERT, an individual; BIONICA, INC., a Nevada corporation; BIONICA INT'L, LLC, a California limited liability company; TRINA HEALTH, LLC, a California limited liability company; TRINA HEALTH OF NEWPORT BEACH, LLC, a California limited liability company; DEEPAL CEMO MEDICAL SOLUTIONS, LLC, a California limited liability company also doing business as AMERICAN DIABETES THERAPY CENTERS; SAMMY F. CEMO, an individual; DEEPAL WANNKUWATTE, an individual; HEALTH INNOVATIONS, LP, a California limited partnership; ACSRC, LLC, a Delaware limited liability company; GARY J. MUGG, an individual; SHUYUAN "SHERRY" TANG, an individual; MEDEDCO, LLC, an Arizona limited liability company; DIABETIC INNOVATIONS, LLC, a Texas limited liability company; MELANIE J. KUNZ, an individual; MICHAEL R. McCARTHY, an individual; MARC R. ROSE, M.D., an individual; KEVIN J. BUCKMAN, M.D., an individual; and DOES 1 – 50, inclusive,<br><br>　　　　　　　　Defendants.<br>_____ | CASE NO.  2:11-CV-02797-MCE-CKD<br><br>**ORDER GRANTING EX PARTE REQUEST FOR SHORTENED TIME FOR HEARING ON MOTION TO DISQUALIFY** |

**<u>ORDER</u>**

The ex parte request to shorten time for the hearing on the Motion to Disqualify filed by plaintiffs THOMAS T. AOKI, M.D. and AOKI DIABETES RESEARCH INSTITUTE in the above-captioned matter is GRANTED. The opposition papers shall be filed no later than January 12, 2012, any reply shall be filed no later than January 19, 2012, and the hearing on the motion shall be on January 26, 2012 at 2:00 p.m. in Courtroom 7 in the above-mentioned court. This Order shall serve as the Notice of Motion for Plaintiff's Motion to Disqualify.

It is further ordered the Defendants' Motions to Dismiss (ECF Nos. 7, 8, 9) and Defendant's Motion to Dismiss and for More Definite Statement (ECF No. 10) set for hearing on January 26, 2012 are vacated. These motions will be reset by the Court at a later date.

IT IS SO ORDERED.

DATE: December 29, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE