1 JOANNA R. MENDOZA, (Cal. State Bar No. 148320)
LAW OFFICES OF JOANNA R. MENDOZA, P.C.
2 P.O. Box 2593
Granite Bay, CA  95746
3 (916) 781-7600
(916) 781-7601 FAX
4 jmendoza@theiplawfirm.com

5 Attorneys for Plaintiffs
THOMAS T. AOKI, M.D., and
6 AOKI DIABETES RESEARCH INSTITUTE

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11 THOMAS T. AOKI, M.D., an individual, and    )  CASE NO.  2:11-CV-02797-MCE-CKD
AOKI DIABETES RESEARCH INSTITUTE,            )
12 a California Non-Profit Corporation,        )
                                             )  **ORDER GRANTING EX PARTE**
13                           Plaintiffs,      )  **REQUEST TO TAKE MOTION TO**
                                             )  **COMPEL ARBITRATION OFF-**
14    vs.                                     )  **CALENDAR TO BE RESET BY**
                                             )  **COURT FOLLOWING RULING ON**
15 GREGORY FORD GILBERT, an individual;       )  **PLAINTIFFS' MOTION TO**
BIONICA, INC., a Nevada corporation;         )  **DISQUALIFY ATTORNEYS**
16 BIONICA INT'L, LLC, a California limited    )
liability company; TRINA HEALTH, LLC, a      )
17 California limited liability company; TRINA )
HEALTH OF NEWPORT BEACH, LLC, a              )
18 California limited liability company; DEEPAL)
CEMO MEDICAL SOLUTIONS, LLC, a               )
19 California limited liability company also doing )
business as AMERICAN DIABETES                )
20 THERAPY CENTERS; SAMMY F. CEMO, an )
individual; DEEPAL WANNAKUWATTE, an          )
21 individual; HEALTH INNOVATIONS, LP, a      )
California limited partnership; ACSRC, LLC, a )
22 Delaware limited liability company; GARY J. )
MUGG, an individual; SHUYUAN "SHERRY")
23 TANG, an individual; MEDEDCO, LLC, an      )
Arizona limited liability company; DIABETIC  )
24 INNOVATIONS, LLC, a Texas limited liability )
company; MELANIE J. KUNZ, an individual;     )
25 MICHAEL R. McCARTHY, an individual;        )
MARC R. ROSE, M.D., an individual; KEVIN    )
26 J. BUCKMAN, M.D., an individual; and DOES )
1 – 50, inclusive,                           )
27                                           )
                          Defendants.        )
28 _____ )

                                    0
[PROPOSED] ORDER GRANTING EX PARTE REQUEST TO REMOVE MOTION FROM CALENDAR

1

## ORDER

2

3        The ex parte request submitted by plaintiffs, Thomas T. Aoki, M.D. and Aoki Diabetes

4   Research Institute, to remove from the Court's calendar the Motion to Compel Arbitration, filed

5   by defendants Gary Mugg, Shuyuan Tang, Health Innovations, LP, and ACSRC, LLC, and

6   currently set for April 5, 2012, at 2:00 p.m., in Courtroom 7, is hereby GRANTED.  The motion

7   may be reset by the Court, at the request of defendants, at a later date.

8        IT IS SO ORDERED.

9   Dated:  March 7, 2012

10

11        _____
         MORRISON C. ENGLAND, JR
         UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER GRANTING EX PARTE REQUEST TO REMOVE MOTION FROM CALENDAR