JOANNA R. MENDOZA, (Cal. State Bar No. 148320)
LAW OFFICES OF JOANNA R. MENDOZA, P.C.
P.O. Box 2593
Granite Bay, CA  95746
(916) 781-7600
(916) 781-7601 FAX
jmendoza@theiplawfirm.com

Attorneys for Plaintiffs
THOMAS T. AOKI, M.D., and
AOKI DIABETES RESEARCH INSTITUTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS T. AOKI, M.D., an individual, and AOKI DIABETES RESEARCH INSTITUTE, a California Non-Profit Corporation,<br><br>            Plaintiffs,<br><br>   vs.<br><br>GREGORY FORD GILBERT, an individual; BIONICA, INC., a Nevada corporation; BIONICA INT'L, LLC, a California limited liability company; TRINA HEALTH, LLC, a California limited liability company; TRINA HEALTH OF NEWPORT BEACH, LLC, a California limited liability company; DEEPAL CEMO MEDICAL SOLUTIONS, LLC, a California limited liability company also doing business as AMERICAN DIABETES THERAPY CENTERS; SAMMY F. CEMO, an individual; DEEPAL WANNAKUWATTE, an individual; HEALTH INNOVATIONS, LP, a California limited partnership; ACSRC, LLC, a Delaware limited liability company; GARY J. MUGG, an individual; SHUYUAN "SHERRY" TANG, an individual; MEDEDCO, LLC, an Arizona limited liability company; DIABETIC INNOVATIONS, LLC, a Texas limited liability company; MELANIE J. KUNZ, an individual; MICHAEL R. McCARTHY, an individual; MARC R. ROSE, M.D., an individual; KEVIN J. BUCKMAN, M.D., an individual; and DOES 1 – 50, inclusive,<br><br>            Defendants.<br>_____ | CASE NO.  2:11-CV-02797-MCE-CKD<br><br>**ORDER GRANTING EX PARTE APPLICATION BY PLAINTIFFS TO AMEND COMPLAINT BY SUBSTITUTING  DOE DEFENDANTS FOR NAMES OF REAL DEFENDANTS** |

0

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION SUBSTITUTING DOE DEFENDANTS

**ORDER**

The ex parte application to amend the complaint by substituting out fictitiously named defendants, Doe 1 and Doe 2, for the names of real defendants, made by plaintiffs THOMAS T. AOKI, M.D. and AOKI DIABETES RESEARCH INSTITUTE in the above-captioned matter, is hereby GRANTED.  As requested, defendant TIMOTHY TIGHT shall be substituted for Doe 1 and defendant CHENG SHAO shall be substituted for Doe 2.  This amendment and substitution shall apply with respect to all claims asserted in the plaintiffs' complaint with the exception of the Sixth and Seventh Claim for Relief.

IT IS SO ORDERED.

Dated:  March 13, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE