JOANNA R. MENDOZA, (Cal. State Bar No. 148320)
LAW OFFICES OF JOANNA R. MENDOZA, P.C.
P.O. Box 2593
Granite Bay, CA  95746
(916) 781-7600
(916) 781-7601 FAX
jmendoza@theiplawfirm.com

Attorneys for Plaintiffs
THOMAS T. AOKI, M.D., and
AOKI DIABETES RESEARCH INSTITUTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS T. AOKI, M.D., an individual, and AOKI DIABETES RESEARCH INSTITUTE, a California Non-Profit Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>GREGORY FORD GILBERT, an individual; BIONICA, INC., a Nevada corporation; et al.<br><br>Defendants. | No.  2:11-CV-02797-MCE-CKD<br><br>**ORDER GRANTING EX PARTE APPLICATION BY PLAINTIFFS TO AMEND COMPLAINT BY SUBSTITUTING DOE DEFENDANTS 3 TO 11 FOR NAMES OF REAL DEFENDANTS** |

## ORDER

The ex parte application to amend the complaint by substituting out fictitiously named defendants, Doe 3 through Doe 11, for the names of real defendants, made by plaintiffs THOMAS T. AOKI, M.D. and AOKI DIABETES RESEARCH INSTITUTE in the above-captioned matter, is hereby GRANTED.  As requested, the following defendants shall be substituted in for the Doe defendant identified hereinbelow with respect to all claims asserted in the plaintiffs' complaint with the exception of the Sixth and Seventh Claim for Relief.  In addition, the Court Clerk shall issue a Summons identifying the substituted defendants which have been specifically named hereinbelow in order so that the plaintiffs may execute service of process thereon.

1  Doe 3:  **FAISING S. CHUI**, an individual residing in Santa Barbara, California.
2  Doe 4:  **DIABETIC LIFE PULSE OF LOUISIANA, LLC**, a Louisiana limited liability
3  company with members/managers who are residents of the State of California.
4  Doe 5:  **LIMI MANAGEMENT, INC.**, a corporation with its principal place of business in
5  Santa Barbara, California.
6  Doe 6:  **DIABETIC LIFE PULSE, INC.**, a California corporation with its principal place of
7  business in Santa Barbara, California.
8  Doe 7:  **LIFE PULSE HEALTH, LLC**, a California limited liability company with its principal
9  place of business in Santa Barbara, California.
10 Doe 8:  **JOHN D. MULLEN**, an individual residing in Santa Barbara, California.
11 Doe 9:  **GLENN A. WILSON**, an individual residing in Santa Barbara, California.
12 Doe 10:  **RICHARD L. GIRARD**, an individual residing in Santa Barbara, California.
13 Doe 11:  **DAVID S. BRADLEY**, an individual residing in Santa Barbara, California.

IT IS SO ORDERED.

Dated:  September 28, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE