JOANNA R. MENDOZA, (Cal. State Bar No. 148320)
LAW OFFICES OF JOANNA R. MENDOZA, P.C.
P.O. Box 2593
Granite Bay, CA  95746
(916) 781-7600
(916) 781-7601 FAX
jmendoza@theiplawfirm.com

Attorneys for Plaintiffs
THOMAS T. AOKI, M.D., and
AOKI DIABETES RESEARCH INSTITUTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS T. AOKI, M.D., an individual, and AOKI DIABETES RESEARCH INSTITUTE, a California Non-Profit Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>GREGORY FORD GILBERT, an individual; BIONICA, INC., a Nevada corporation; et al.<br><br>Defendants.<br>_____ | CASE NO.  2:11-CV-02797-TLN-CKD<br><br>**PLAINTIFFS' NOTICE OF PARTIALSETTLEMENT** |

This shall serve as formal notice to the Court that the plaintiffs, THOMAS T. AOKI, M.D., and AOKI DIABETES RESEARCH INSTITUTE, and the following identified defendants have reached a settlement agreement, and the parties will be stipulating to the terms of a consent judgment to be approved by the Court upon the final execution of a formal, written settlement agreement by all such parties:  HEALTH INNOVATIONS, LP; ACSRC, LLC; GARY J. MUGG; SHUYUAN "SHERRY' TANG; and CHENG SHAO.

DATED: June 27, 2013                    LAW OFFICES OF JOANNA R. MENDOZA, P.C.

                                        ___/s/ Joanna R. Mendoza_____
                                        Joanna R. Mendoza
                                        Attorneys for Plaintiffs