# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS T. AOKI, M.D., an individual, and AOKI DIABETES RESEARCH INSTITUTE, a California Non-Profit Corporation,<br><br>            Plaintiffs,<br>  vs.<br><br>GREGORY FORD GILBERT, an individual; *et al.*,<br><br>            Defendants. | Case No: 2:11-cv-02797-TLN-CKD<br><br>**ORDER GRANTING CELLA LANGE & CELLA LLP'S *EX PARTE* APPLICATION TO WITHDRAW AS COUNSEL** |

    The Court has considered the *ex parte* application submitted by Cella Lange & Cella LLP (ECF No. 179) and finds that good cause exists to allow Cella Lange & Cella LLP's withdrawal as counsel for Defendants Gregory Ford Gilbert ("Gilbert"), Bionica Inc., Bionica International, LLC, Trina Health, LLC, and Trina Health of Newport Beach, LLC ("Defendants").

    Defendants have consented to such withdrawal and will now be solely represented by Gilbert. (ECF No. 177.) Gilbert continues to represent himself as an attorney. He is a long-standing member of the California bar and is admitted to the Eastern District. Furthermore, Gilbert is already the lawyer of record for himself and his businesses, as well as other parties

1 | in the case—and has been since the inception of the case.  Accordingly, the *ex parte*
2 | application submitted by Cella Lange & Cella LLP (ECF No. 179) is hereby GRANTED.
3 |     IT IS SO ORDERED.

Dated: August 12, 2014

_____
Troy L. Nunley
United States District Judge