GREGORY FORD GILBERT (SBN 65920)
*ggilbert@gmail.com*
5112 Bailey Loop
McClellan, CA 95652
Telephone: (916) 643-2222
Facsimile:   (916) 643-2080

Attorneys for Defendants
Gregory Ford Gilbert, Bionica Inc., Bionica Int'l, LLC, Trina Health, LLC, Trina Health Of Newport Beach, LLC Kevin J. Buckman, MD, Marc R. Rose, MD, Michael R. McCarthy, Melanie J. Kunz, NP, MedEdCo, LLC, Diabetic Life Pulse of Louisiana, Life Pulse Health, LLC, John D. Mullen, Glenn A. Wilson, Richard L. Girard, David S. Bradley, Limi Management, Inc., Diabetic Life Pulse, Inc.; Timothy Tight, & Fasing S. Chui.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS T. AOKI, M.D., an individual, and AOKI DIABETES RESEARCH INSTITUTE, a California Non-Profit Corporation,<br><br>　　　　　　Plaintiffs,<br>　　vs.<br><br>GREGORY FORD GILBERT, an individual; *et al*.,<br><br>　　　　　　Defendants | No: 2:11-CV-02797-TLN-CKD<br><br>**ORDER ON DEFENDANTS' MOTION FOR ADDITIONAL TIME TO FILE RESPONSIVE PLEADINGS**<br><br>Date:  Ex Parte<br>Courtroom:  7<br><br>Before the Hon. Troy L. Nunley |

### ORDER

The motions of all remaining and Moving Defendants for extension of time to file their Answers and Responsive Pleadings having been submitted together with the Declaration of Counsel, G. Ford Gilbert, and good cause appearing therefor, it is hereby;

1   **ORDERED,** that Defendants have to and including September 15, 2014 to file their
2   Answers and Responsive Pleadings.
3   Dated: September 8, 2014

Troy L. Nunley
United States District Judge