JOANNA R. MENDOZA, (Cal. State Bar No. 148320)
LAW OFFICES OF JOANNA R. MENDOZA, P.C.
P.O. Box 2593
Granite Bay, CA  95746
(916) 781-7600
(916) 781-7601 FAX
jmendoza@theiplawfirm.com

Attorneys for Plaintiffs and Counterdefendants
THOMAS T. AOKI, M.D., and
AOKI DIABETES RESEARCH INSTITUTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS T. AOKI, M.D., an individual, and AOKI DIABETES RESEARCH INSTITUTE, a California Non-Profit Corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>GREGORY FORD GILBERT, an individual; BIONICA, INC., a Nevada corporation, et al.<br><br>　　　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO.  2:11-CV-02797-TLN-CKD<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE ON MOTIONS TO BIFURCATE AND TO COMPEL ARBITRATION** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and counter-defendants, through their attorney of record, JOANNA R.MENDOZA, and defendants and counterclaimants, through their attorney of record, GREGORY FORD GILBERT, that the hearing currently noticed for November 6, 2014, at 2 pm in Courtroom 2 for the defendants'/counterclaimants' Motions to Bifurcate and to Compel Arbitration will be continued to November 20, 2014, at 2 pm in Courtroom 2, pending approval by the Court.

DATED:  October 22, 2014　　　　　　　　　/s/ Joanna R. Mendoza
　　　　　　　　　　　　　　　　　　　　　　JOANNA R. MENDOZA
　　　　　　　　　　　　　　　　　　　　　　Attorney for THOMAS T. AOKI, M.D., and
　　　　　　　　　　　　　　　　　　　　　　AOKI DIABETES RESEARCH INSTITUTE

1
STIPULATION AND ORDER TO CONTINUE HEARING DATE

| | | |
|---|---|---|
| 1 | DATED: October 22, 2014 | /s/ Gregory Ford Gilbert<br>GREGORY F. GILBERT |
| 2 | | In Pro Per and Attorney for BIONICA, INC., BIONICA INT'L, LLC, TRINA HEALTH, LLC, TRINA HEALTH OF NEWPORT BEACH, LLC, MELANIE J. KUNZ, MEDEDCO, LLC, DIABETIC INNOVATIONS, LLC, MICHAEL R. McCARTHY, MARC R. ROSE, KEVIN J. BUCKMAN, TIMOTHY TIGHT, FAISING S. CHUI, DIABETIC LIFE PULSE OF LOUISIANA, LLC, LIMI MANAGEMENT, INC., DIABETIC LIFE PULSE, INC., LIFE PULSE HEALTH, LLC, JOHN D. MULLEN, GLENN A. WILSON, RICHARD L. GIRARD, and DAVID S. BRADLEY |

IT IS SO ORDERED.

Dated:  October 24, 2014

_____
Troy L. Nunley
United States District Judge

2
STIPULATION AND ORDER TO CONTINUE HEARING DATE