JOANNA R. MENDOZA, (Cal. State Bar No. 148320)
LAW OFFICES OF JOANNA R. MENDOZA, P.C.
P.O. Box 2593
Granite Bay, CA 95746
(916) 781-7600
(916) 781-7601 FAX
jmendoza@theiplawfirm.com

Attorneys for Plaintiffs and Counterdefendants
THOMAS T. AOKI, M.D., and
AOKI DIABETES RESEARCH INSTITUTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS T. AOKI, M.D., an individual, and AOKI DIABETES RESEARCH INSTITUTE, a California Non-Profit Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>GREGORY FORD GILBERT, an individual; BIONICA, INC., a Nevada corporation, et al.<br><br>Defendants.<br>______________________________<br><br>AND RELATED COUNTERCLAIM<br>______________________________ | CASE NO. 2:11-CV-02797-TLN-CKD<br><br>**DECLARATION OF JOANNA R. MENDOZA IN SUPPORT MOTION: (1) TO STRIKE ANSWER AND ENTER DEFAULT JUDGMENT AGAINST TRINA HEALTH LLC; (2) TO DISMISS COUNTERCLAIMS BROUGHT BY TRINA HEALTH LLC; AND (3) OBJECTION TO DEFENDANT PARTICIPATING IN PROCEEDINGS UNTIL 'GOOD STANDING" IS ESTABLISHED**<br><br>Date: December 11, 2014<br>Time: 2:00 pm<br>Courtroom: 2, 15th Floor |

I, JOANNA R. MENDOZA, declare:

1. I am an attorney licensed to practice in the courts of the State of California and in the Eastern District of California, and am an attorney with the Law Offices of Joanna R. Mendoza, a Professional Corporation.

2. On March 3, 2014, I was able to acquire an entity status letter from the California Franchise Tax Board with respect to defendant Trina Health, LLC, a California limited liability company whose entity identification number with the State of California is 200619210029. A true and correct copy of that entity status letter is attached hereto as Exhibit A. That entity status

letter states that the entity is not in good standing with the Franchise Tax Board. I was able to acquire similar such letters dated April 17, 2014, and November 4, 2014.

3. On November 7, 2014, I received a certified entity status letter, misdated November 6, 2015, by the Franchise Tax Board, also indicating that the defendant, Trina Health, LLC, remains "not in good standing" with the California Franchise Tax Board. A true and correct copy of the certified entity status letter and the cover letter received with it, are attached hereto as Exhibit B.

4. As of April 15, 2014, defendant Trina Health, LLC, was a "suspended" entity with the California Secretary of State. A true and correct copy of the business entity information from the California Secretary of State's database available on its public website on April 17, 2014, is attached hereto as Exhibit C.

5. As of November 11, 2014, the California Secretary of State indicated that the status of defendant Trina Health, LLC, was "FTB Suspended." A true and correct copy of the business entity information from the California Secretary of State's database available on its public website on November 13, 2014, is also attached as part of Exhibit C. "FTB Suspended" is defined on that website as being suspended by the Franchise Tax Board for failure to meet tax requirements (e.g., failure to file a return, pay taxes, penalties, interest).

6. As of February 3, 2014, and continuing through to November 5, 2014, Trina Health, LLC, a California domestic limited liability company has been suspended by the California Franchise Tax Board as per the certificates of status issued by the State of California Secretary of State on April 23, 2014, and November 5, 2014, true and correct copies of which are attached hereto as Exhibit D. As per the Secretary of State, the California Franchise Tax Board has suspended Trina Health's powers, rights and privileges pursuant to the provisions of the California Revenue and Taxation Code, and the entity's powers, rights and privileges remain suspended.

7. According to Trina Health's own website, the company does not do business in Nevada. Up to and through May 13, 2014, Trina Health's corporate office was located at 5112 Bailey Loop, McClellan Park, CA 95652. Every time I checked the website prior to this date it had the

Bailey Loop address listed as its corporate headquarters. A true and correct copy of pages from its website on that date are attached hereto as Exhibit E showing that this Sacramento area address was the address for the corporate headquarters of Trina Health, LLC, as of May 13, 2014. Also attached as part of Exhibit E are true and correct copies of pages taken from the Trina Health website as of November 13, 2014, showing that the company alleges doing business in Tennessee, Alabama, Arizona, Texas, North Carolina and California, but not in the State of Nevada, and indicates further that it has recently moved its corporate headquarters to 4441 Auburn Blvd., Suite J, Sacramento, CA 95841.

8. Once defendant Gregory Ford Gilbert stated in his declaration of April 21, 2014, that Trina Health, LLC, had "moved to Nevada" by transferring "all of the assets, liabilities, and rights" to a "new Trina Health, LLC" a newly formed Nevada entity, it was confirmed that an entity called "Trina Health, LLC" was registered as a business entity with the State of Nevada on March 24, 2014, with a single manager, G.F. Gilbert, at the Bailey Loop address in McClellan Park, California. Attached hereto as Exhibit F is a true and correct copy of the information acquired from the Nevada Secretary of State's website on April 21, 2014, regarding this attempt to "move" the suspended California entity to Nevada.

9. Attached hereto as Exhibit G is a true and correct copy of a page from the California Franchise Tax Board's website setting forth the steps that must be undertaken in order to close a business entity in the State of California which I printed from that website on November 11, 2014.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and if called I could and would testify thereto. Made this 13th day of November, 2014, in Granite Bay, California.

/s/ Joanna R. Mendoza
JOANNA R. MENDOZA