JOANNA R. MENDOZA, (Cal. State Bar No. 148320)
LAW OFFICES OF JOANNA R. MENDOZA, P.C.
P.O. Box 2593
Granite Bay, CA 95746
(916) 781-7600
(916) 781-7601 FAX
jmendoza@theiplawfirm.com

Attorneys for Plaintiffs and Counterdefendants
THOMAS T. AOKI, M.D., and
AOKI DIABETES RESEARCH INSTITUTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS T. AOKI, M.D., an individual, and AOKI DIABETES RESEARCH INSTITUTE, a California Non-Profit Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>GREGORY FORD GILBERT, an individual; BIONICA, INC., a Nevada corporation, et al.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO. 2:11-CV-02797-TLN-CKD<br><br>**SUPPLEMENTAL DECLARATION OF JOANNA R. MENDOZA IN SUPPORT MOTION: (1) TO STRIKE ANSWER AND ENTER DEFAULT JUDGMENT AGAINST TRINA HEALTH LLC; (2) TO DISMISS COUNTERCLAIMS BROUGHT BY TRINA HEALTH LLC; AND (3) OBJECTION TO DEFENDANT PARTICIPATING IN PROCEEDINGS UNTIL 'GOOD STANDING" IS ESTABLISHED**<br><br>Date: December 11, 2014<br>Time: 2:00 pm<br>Courtroom: 2, 15th Floor |

I, JOANNA R. MENDOZA, declare:

1. I am an attorney licensed to practice in the courts of the State of California and in the Eastern District of California, and am an attorney with the Law Offices of Joanna R. Mendoza, a Professional Corporation.

2. Attached hereto as Exhibit H is a true and correct copy of California Franchise Tax Board's FTB Publication 1038 that I downloaded and printed from the official website for the California Franchise Tax Board.

3. Attached hereto as Exhibit I is a true and correct copy of a page from the Eastbiz.com

website describing their "Mail Forwarding and Street Address in Nevada" service offered under their "IncParadise" dba. I downloaded and printed this page on December 4, 2014. It describes the address that businesses will have as "5348 Vegas Dr. #__, Las Vegas, NV 89108." It also provides two photos of the exterior and the interior of the building. The clients that use that company as a mail forwarding service and physical address, therefore, receive a box/suite number with the address for prices that begin at $99/year.

4. I did a Google Maps search for the Eastbiz.com address at 5348 Vegas Drive, Las Vegas, NV 89108, and the building that appeared was identical to the building that appears on the page of the website seen on Exhibit I. A true and correct copy of the photo that came up when I did my Google Maps search is attached hereto as Exhibit J.

5. On December 4, 2014, I called Eastbiz.com and spoke to someone named Nicholas. He advised me that a copy of the Nevada business license for Trina Health is kept on file because this document was required for Eastbiz.com to perform the organization for the LLC.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and if called I could and would testify thereto. Made this 4th day of December, 2014, in Granite Bay, California.

/s/ Joanna R. Mendoza
JOANNA R. MENDOZA