# EXHIBIT I

# IncParadise

**Nevada Incorporation & Registered Agent**

Call now! 702-871-8678, 888-284-3821 - we're open 8am - 5pm PST

## Mail Forwarding and Street Address in Nevada

Get a street address and remailing service in Las Vegas, NV. Your mail and packages can be forwarded daily, weekly, bi-weekly or monthly. We will notify you when you receive new mail. All notifications are sent by email the same day you get mail. This service is for business and individual customers. Anyone who needs flexible and low cost mailbox with mail forwarding is welcome.

1. New Clients: Order Online, Forms & Pricing (starts at $99 per year)
   One time mail out
2. Existing Clients Renewals (renew service or pay postage)
3. **Related services: NV Virtual Office + License hanging**
   For those who need bigger presence for their companies in Nevada ($45 per month). We also offer License hanging.

When you get mail forwarding with us you will receive regular street address in our office building. You don't get an obvious mail boxes retail store. We offer more privacy and more professional image. Over one thousand clients found out that our mail forwarding service works great!

Your new NV address will be:
5348 Vegas Dr. #__, Las Vegas, NV 89108





1. When we get your mail, we enter it in computer and notify you by email
2. Depending on the scheduled mail out (daily, weekly, monthly, etc.) your mail will be forwarded to you.
3. You will also get notification when the mail is sent to you. Soon you will be able go online and change mail out date and frequency.

**You will get free email notification whenever you receive new mail!**

| Mails | |
|---|---|
| **Date, Time** | **Description** |
| **Received:** 2006-06-10, 2:20 PM | IRS Letter |
| **Received:** 2006-06-10, 2:19 PM | Wells Fargo |

Each time we receive your mail we will send you an email with notification. We try to describe what is mail about. For example we will type sender name. For example you will get notification about mail from Wells Fargo (that way you will know it is probably bank statement from your bank).

*Available features through our online mail forwarding account:*

1. You can login to your client account and see all received mail.
2. You can select certain mail and mark it with special instructions on what to you want us to do (for example scan and email to me, or send to different address, etc.). You can mark which mail should be trashed (for example spam mail).
3. You can choose mail out date and frequency. For example, mail every Monday.
4. You can put mail on hold.
5. Change your mail forwarding address online.

**IncContact.com - Send E-mai**

**Company :** EastBiz - test
**Service Name :** Mail Forwarding
**Action :** New Mail

**Subject:**
New mail received
**Content:**

Dear John Vanhara,

We have received new mail for EastBiz - test.

Description: IRS Letter

It is scheduled in the next mailout on 2006-06-24. If you want the mail earlier or want to change frequency or mail out date please let us know.

Remaining postage: $11.5

You can always add your postage deposit here:
http://www.inccontact.com/orders/nv/mail_renew.php

You can also help us process the mail faster if you use your box number 0 on your address (for example as a suite # 0 )

Yours Sincerely,

John Vanhara
EastBiz.com, Inc. - Incorporation Services
www.IncParadise.com
Office: 702-871-8678
Toll free: 888-284-3821
Fax: 702-387-3827
Email: john@incparadise.com

Please rate how you were satisfied with my service:
http://www.eastbiz.com/feedback

Send E-mail | Do not send E-mail

**Watch our video**




Looking for mail forwarding in other locations?
Memphis mail forwarding - only $50 per year