# EXHIBIT J




Pořízení obrázku: kvě 2013 © 2014 Google