GREGORY FORD GILBERT (SB# 65920)
*ggilbert@gmail.com*
5112 Bailey Loop
McClellan, CA 95652
Telephone: (916) 643-2222
Facsimile: (916) 643-2080

Attorneys for Defendants
Gregory Ford Gilbert, Bionica Inc., Bionica Int'l, LLC, Trina Health, LLC, Trina Health Of Newport Beach, LLC Kevin J. Buckman, MD, Marc R. Rose, MD, Michael R. McCarthy, Melanie J. Kunz, NP, MedEdCo, LLC, Diabetic Innovations, LLC, Diabetic Life Pulse of Louisiana, Life Pulse Health, LLC, John D. Mullen, Glenn A. Wilson, Richard L. Girard, David S. Bradley, Limi Management, Inc., Diabetic Life Pulse, Inc.; Timothy Tight, & Fasing S. Chui.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

THOMAS T. AOKI, M.D., an individual, and AOKI DIABETES RESEARCH INSTITUTE, a California Non-Profit Corporation,

Plaintiffs,

vs.

GREGORY FORD GILBERT, an individual; *et al.*,

Defendants.

G. FORD GILBERT, BIONICA INC., BIONICA INT'L, LLC, TRINA HEALTH, LLC, TRINA HEALTH OF NEWPORT BEACH, LLC KEVIN J. BUCKMAN, MD, MARC R. ROSE, MD, MICHAEL R. MCCARTHY, MELANIE J. KUNZ, NP, MEDEDCO, LLC, DIABETIC INNOVATIONS, LLC, DIABETIC LIFE PULSE OF LOUISIANA, LIFE PULSE

No: 2:11-CV-02797-TLN-CKD

**DECLARATION OF G. FORD GILBERT re ORDER TO SHOW CAUSE WITH EXHIBITS**

Before the Hon. Troy L. Nunley

COURTROOM: 2, 15th Floor

HEALTH, LLC, JOHN D. MULLEN, GLENN A. WILSON, RICHARD L. GIRARD, DAVID S. BRADLEY,LIMI MANAGEMENT, INC., DIABETIC LIFE PULSE, INC.; TIMOTHY TIGHT, & FASING S. CHUI,

Counter-claimants

vs.

THOMAS T. AOKI, THE AOKI DIABETES RESEARCH INSTITUTE,

AND THIRD PARTY CLAIM AGAINTS

THE UNIVERSITY OF CALIFORNIA DAVIS, AND UNIVERSITY OF CALIFORNIA DAVIS SCHOOL OF MEDICINE.

Third Party Defendants.

## DECLARATION OF GILBERT RE ORDER TO SHOW CAUSE

I am an Attorney licensed to practice law and Attorney for remaining Defendants and Counter-Claimants herein.

1. All necessary actions by Defendants to revive Trina Health LLC, a California Limited Liability company have been completed, and I personally obtained Exhibits A, B and C hereto. The Revivor of Trina Health LLC (California) I obtained is attached hereto as Exhibit A.

2. I also elected to change the name of Trina Health LLC to Trina Health of California LLC, a copy of the file name is attached as Exhibit B.

3. For information purposes, I also obtained a certificate of Good Standing of Trina Health LLC (Nevada) which is attached as Exhibit C.

4. We elected to do this and have rescinded the Merger in the interests of Judicial Clarity.

I declare under penalty of perjury of the State of California that the foregoing is true and correct to the best of my knowledge and belief.

DATED: October 28, 2015

G. FORD GILBERT

By: ______________________________
Gregory Ford Gilbert

Attorneys for All Remaining Defendants
And all counter-claimants

SECRETARY OF STATE

STATE OF NEVADA

## CERTIFICATE OF EXISTENCE WITH STATUS IN GOOD STANDING

I, ROSS MILLER, the duly elected and qualified Nevada Secretary of State, do hereby certify that I am, by the laws of said State, the custodian of the records relating to filings by corporations, non-profit corporations, corporation soles, limited-liability companies, limited partnerships, limited-liability partnerships and business trusts pursuant to Title 7 of the Nevada Revised Statutes which are either presently in a status of good standing or were in good standing for a time period subsequent of 1976 and am the proper officer to execute this certificate.

I further certify that the records of the Nevada Secretary of State, at the date of this certificate, evidence, **TRINA HEALTH LLC**, as a limited liability company duly organized under the laws of Nevada and existing under and by virtue of the laws of the State of Nevada since March 24, 2014, and is in good standing in this state.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on November 20, 2014.

ROSS MILLER
Secretary of State

Electronic Certificate
Certificate Number: C20141120-1075
You may verify this electronic certificate online at **http://www.nvsos.gov/**

SECRETARY OF STATE

STATE OF NEVADA

# NEVADA STATE BUSINESS LICENSE

**TRINA HEALTH LLC**

**Nevada Business Identification # NV20141205270**

**Expiration Date: March 31, 2015**

In accordance with Title 7 of Nevada Revised Statutes, pursuant to proper application duly filed and payment of appropriate prescribed fees, the above named is hereby granted a Nevada State Business License for business activities conducted within the State of Nevada.

This license shall be considered valid until the expiration date listed above unless suspended or revoked in accordance with Title 7 of Nevada Revised Statutes.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on March 24, 2014

ROSS MILLER
Secretary of State

This document is not transferable and is not issued in lieu of any locally-required business license, permit or registration.

*Please Post in a Conspicuous Location*

***You may verify this Nevada State Business License online at www.nvsos.gov under the Nevada Business Search.***

# County of Sacramento
## General Business License

**TRINA HEALTH LLC**
**TRINA HEALTH LLC**
**4441 AUBURN BLVD, STE J**
**SACRAMENTO, CA 95841**

| | | | |
|---|---|---|---|
| License Number: | **GNB32014-03195** | Expiration Date: | **October 09, 2017** |
| Issue Date: | **October 10, 2014** | | |
| Owner Name: | **TRINA HEALTH LLC** | | |
| Business Name: | **TRINA HEALTH LLC** | | |
| Location: | **4441 AUBURN BLVD, STE J SACRAMENTO, CA 95841** | | |
| Business Activities: | **DIABETIC INFUSION CLINIC** | | |

This License is approved with the following conditions. Failure to comply with the following conditions may result in revocation of this license and civil or criminal penalties.

ALL COUNTY REGULATIONS APPLY. THERE SHALL BE NO INFLATABLE/PORTABLE/A-FRAME SIGNS OR FLAGS. SIGNAGE ONLY ALLOWED ON 50% OF ANY WINDOW PANE. ALL OUTDOOR DISPLAY OR BANNERS REQUIRE A SEPARATE USE PERMIT. ALL DEVELOPMENT STANDARDS INCLUDING PARKING, FENCING AND LANDSCAPING SHALL APPLY.

**License not transferable. Not Valid at any other location.**
**Post in public view in a conspicuous place.**

**APPL.2014-04202**

**Julie Valverde**
**Director of Finance**

**Department of Finance, Tax Collection and Licensing**
700 H Street, Room 1710, Sacramento, California 95814
phone (916) 874-6644 | fax (916) 874-8909 | www.finance.saccounty.net


SUITE J
TRiNA
HEALTH
www.trinahealth.com

