GREGORY FORD GILBERT (SB No. 65920)
ggilbert@gmail.com
5112 Bailey Loup
McClellan, CA 95652
Telephone: (916) 643-2222
Facsimile: (916) 643-2080

Attorney for Defendants/Third Party Plaintiffs/Counterclaimants: GREGORY FORD GILBERT, BIONICA, INC., BIONICA INT'L, INC., TRINA HEALTH, LLC, TRINA HEALTH OF NEWPORT BEACH, LLC, MedEdCo, LLC, DIABETIC INNOVATIONS, LLC, MELANIE J. KUNZ, MICHAEL R. MCCARTHY, MARC D. ROSE, KEVIN J. BUCKMAN, TIMOTHY TIGHT, FAISING S. CHUI, DIABETIC LIFE PULSE OF LOUISIANA, LLC, LIMI MANAGEMENT, INC., DIABETIC LIFE PULSE, INC., LIFE PULSE HEALTH, LLC, JOHN D. MULLEN, GLENN A. WILSON, RICHARD L. GIRARD, DAVID S. BRADLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

THOMAS T. AOKI, M.D., an individual, and AOKI DIABETES RESEARCH INSTITUTE, a California Non-Profit Corporation,

Plaintiffs and Cross-Defendants,

vs.

GREGORY FORD GILBERT, an individual; BIONICA, INC., a Nevada corporation; BIONICA INT'L, LLC, a California limited liability company; TRINA HEALTH, LLC, a California limited liability company; TRINA HEALTH OF NEWPORT BEACH, LLC, a California limited liability company; DEEPAL CEMO MEDICAL SOLUTIONS, LLC, a California limited liability company also doing business as AMERICAN DIABETES THERAPY CENTERS; SAMMY F. CEMO, an individual; DEEPAL WANUWATTE, an individual;

**Case No.: 2:11-cv-02797-TLN-CKD**

**JOINT STIPULATION OF DISMISSAL OF COUNTERCLAIM WITH PREJUDICE**

*Complaint Filed: 10/24/2011*
***Trial Date: 02/26/2018***

HEALTH INOVATIONS, LP, a California limited partnership; ACSRC, LLC, a Delaware limited liability company; GARY J. MUGG, an individual; SHUAN "SHERRY" TANG, an individual; MEDEDCO, LLC, an Arizona limited liability company; DIABETIC INOVATIONS, LLC, a Texas limited liability company; MELANIE J. KUNZ, an individual; MICHAEL R. McCARTHY, an individual; MARC R. ROSE, M.D., an individual; KEVIN J. BUCKMAN, M.D., an individual; and DOES 1 - 50,,

Defendants AND Cross-Complainants.

AND RELATED COUNTERCLAIM.

**Recitals**: For practical reasons of their own, and in order to narrow the causes of action at issue, and reduce costs, Defendants and Counter-claimants have elected to forgo prosecution of all causes of action related to the facts contained in the Complaint herein, and do so in consideration of the agreement of all Parties that the Counter-claims are dismissed with the express agreement that such dismissal is without any admissions of any kind, and that the Counter-claims and the dismissal thereof does not give rise to any rights or causes of action on behalf of Plaintiffs, nor is such dismissal an admission of any lack of merit thereto. In summary, the dismissal is solely to reduce litigation issues and will not be used for, or claimed to be an indication that such Counter-claims are without merit. Any reference to this Dismissal will contain this recital.

**Dismissal With Prejudice**: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action, acting through counsel, hereby stipulate that all claims of Counter-Claimants GREGORY FORD GILBERT, an individual; BIONICA, INC., a Nevada corporation; BIONICA INT'L, LLC, a California Limited Liability Company; TRINA HEALTH, LLC, a California Limited

Liability Company; TRINA HEALTH OF NEWPORT BEACH, LLC, a California Limited Liability Company; KEVIN J. BUCKMAN, M.D., an individual; MARC R. ROSE, M.D., an individual; MICHAEL R. MCCARTHY, an individual; MELANIE J. KUNZ, NP, an individual; MEDEDCO, LLC, an Arizona Limited Liability Company; DIABETIC INOVATIONS, LLC, a Texas Limited Liability Company; DIABETIC LIFE PULSE OF LOUSIANA, LLC, a Louisiana Limited Liability Company; LIFE PULSE HEALTH, LLC, a California Limited Liability Company; JOHN D. MULLEN, an individual; GLENN A. WILSON, an individual; RICHARD L. GIRARD, an individual; DAVID S. BRADLEY, an individual; LIMI MANAGEMENT, INC., a corporation with its principal place of business in Santa Barbara, California; DIABETIC LIFE PULSE, INC., a California corporation with its principal place of business in Santa Barbara, California; TIMOTHY TIGHT, an individual; and FAISING S. CHUI, an individual, herein against Counter Defendants THOMAS T. AOKI and AOKI DIABETES RESEARCH INSTITUTE be dismissed in their entirety, with prejudice, each party to bear its own costs.

SEEN AND AGREED:

DATED: December 26, 2016 LECLAIRRYAN, LLP

By: signed
ALLAN W. RUGGLES
Attorneys for Counter Defendants
THOMAS T. AOKI and AOKI
DIABETES RESEARCH INSTITUTE

SEEN AND AGREED:

Dated: December 26, 2016 LAW OFFICES OF G FORD GILBERT

By:
signed

GREGORY FORD GILBERT
Attorney for Defendants/Third Party Plaintiffs/Counterclaimants: GREGORY FORD GILBERT, BIONICA, INC., BIONICA INT'L, INC., TRINA HEALTH, LLC, TRINA HEALTH OF NEWPORT BEACH, LLC, MedEdCo, LLC, DIABETIC INNOVATIONS, LLC, MELANIE J. KUNZ, MICHAEL R. MCCARTHY, MARC D. ROSE, KEVIN J. BUCKMAN, TIMOTHY TIGHT, FAISING S. CHUI, DIABETIC LIFE PULSE OF LOUISIANA, LLC, LIMI MANAGEMENT, INC., DIABETIC LIFE PULSE, INC., LIFE PULSE HEALTH, LLC, JOHN D. MULLEN, GLENN A. WILSON, RICHARD L. GIRARD, DAVID S. BRADLEY

SEEN AND AGREED:

DATED: December 26, 2016

PLAMONDON LAW GROUP

By: signed

SCOTT M. PLAMONDON
Attorneys for Plaintiffs and Counter Defendants THOMAS T. AOKI and AOKI DIABETES RESEARCH INSTITUTE