SCOTT M. PLAMONDON, (Cal. State Bar No. 212294)
PLAMONDON LAW GROUP
770 L. Street, Suite 950
Sacramento, CA  95814
(916) 426-6510
scott@plamondonlaw.com

Attorneys for Plaintiffs
THOMAS T. AOKI, M.D., and
AOKI DIABETES RESEARCH INSTITUTE

GREGORY FORD GILBERT (SB No. 65920)
  ggilbert@gmail.com
5112 Bailey Loup
McClellan, CA 95652
Telephone: (916) 643-2222
Facsimile: (916) 643-2080

Attorney for Defendants: GREGORY FORD GILBERT, BIONICA, INC., BIONICA INT'L, INC., TRINA HEALTH, LLC, TRINA HEALTH OF NEWPORT BEACH, LLC, MedEdCo, LLC, DIABETIC INNOVATIONS, LLC, MELANIE J. KUNZ, MICHAEL R. MCCARTHY, MARC D. ROSE, KEVIN J. BUCKMAN, TIMOTHY TIGHT, FAISING S. CHUI, DIABETIC LIFE PULSE OF LOUISIANA, LLC, LIMI MANAGEMENT, INC., DIABETIC LIFE PULSE, INC., LIFE PULSE HEALTH, LLC, JOHN D. MULLEN, GLENN A. WILSON, RICHARD L. GIRARD, DAVID S. BRADLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS T. AOKI, M.D., an individual, and AOKI DIABETES RESEARCH INSTITUTE, a California Non-Profit Corporation,<br><br>             Plaintiffs<br><br>vs.<br><br>GREGORY FORD GILBERT, an individual;  BIONICA, INC., a Nevada corporation;  BIONICA INT'L, LLC, a California limited  liability company;  TRINA HEALTH, LLC, a  California | **Case No.: 2:11-cv-02797-TLN-CKD**<br><br>**ORDER ON JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES**<br><br>*Trial Date:  02/26/2018* |

limited liability company; TRINA HEALTH OF NEWPORT BEACH, LLC, a California limited liability company; DEEPAL CEMO MEDICAL SOLUTIONS, LLC, a California limited liability company also doing business as AMERICAN DIABETES THERAPY CENTERS; SAMMY F. CEMO, an individual; DEEPAL WANUWATTE, an individual; HEALTH INOVATIONS, LP, a California limited partnership; ACSRC, LLC, a Delaware limited liability company; GARY J. MUGG, an individual; SHUAN "SHERRY" TANG, an individual; MEDEDCO, LLC, an Arizona limited liability company; DIABETIC INOVATIONS, LLC, a Texas limited liability company; MELANIE J. KUNZ, an individual; MICHAEL R. McCARTHY, an individual; MARC R. ROSE, M.D., an individual; KEVIN J. BUCKMAN, M.D., an individual; and DOES 1 - 50,,

Defendants

Having determined that good cause exists, the parties' Stipulation to Extend the Discovery Deadline is hereby APPROVED.

The discovery deadline set forth in the Court's February 1, 2016 Scheduling Order is hereby extended to August 31, 2017.

IT IS SO ORDERED

Dated:   March 6, 2017

_____
The Honorable Troy L. Nunley
United States District Court Judge