UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS T. AOKI, | No. 2:11-cv-2797 TLN CKD |
| Plaintiff, | |
| v. | ORDER |
| GREGORY FORD GILBERT, et al., | |
| Defendants. | |

On March 24, 2017, the court held a hearing on plaintiff's motion to compel against defendant Gilbert. (ECF No. 231.) Plaintiff was represented by attorney Duyen Nguyen, and defendant appeared pro se. Defendant does not oppose the motion to compel. (See ECF No. 233.) Good cause appearing, the court will grant plaintiff's motion and direct defendant to respond to plaintiff's request for fees and costs associated with the motion.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion to compel (ECF No. 231) is granted;

2. Defendant must serve responses to the Plaintiff's Request for Production of Documents, Set One, and produce responsive documents, within ten (10) days; and

////

////

////

3. Within five (5) days, defendant shall file an opposition or statement of non-opposition to plaintiff's request for $3,500 in fees and costs associated with the motion.

Dated: May 25, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/aoki2797.mtc