UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS T. AOKI,<br><br>    Plaintiff,<br><br>    v.<br><br>GREGORY FORD GILBERT, et al.,<br><br>    Defendant. | No. 2:11-cv-2797 TLN CKD<br><br><br>ORDER |

On May 25, 2017, this court granted plaintiff's motion to compel. (ECF No. 235.) Pending before this court is plaintiff's request for $3,500 in fees and costs associated with the motion to compel. (ECF No. 231.) A review of the record reveals that plaintiff has failed to provide the court with an itemized bill or an accounting of hours spent working on the motion. Furthermore, plaintiff has not cited to any legal authority to support a finding that counsel's hourly rate is reasonable.

Accordingly, it is HEREBY ORDERED THAT:

1. Within fourteen (14) days, plaintiff shall provide supplemental briefing addressing the above issues.

/////
/////
/////

1

2. Defendant shall have seven (7) days to respond.

3. The matter shall thereafter stand submitted.

Dated: June 15, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE