UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS T. AOKI, M.D., and AOKI DIABETES RESEARCH INSTITUTE, a California Non-Profit Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY FORD GILBERT, et al.,<br><br>Defendants. | No. 2:11-cv-02797-TLN-CKD<br><br>**ORDER** |

Defendants Gregory Ford Gilbert, Bionica, Inc., Bionica International, LLC, and Trina Health LLC, move for an order of this Court granting a 60 discovery extension. Good Cause appearing, the Court hereby GRANTS the motion (ECF No. 242). Discovery shall remain open until October 30, 2017.

IT IS SO ORDERED.

Dated: July 17, 2017

Troy L. Nunley
United States District Judge