SCOTT M. PLAMONDON, SBN 212294
PLAMONDON LAW GROUP
770 L. Street, Suite 950
Sacramento, CA 95814
Telephone: (916) 426-6510
scott@plamondonlaw.com

DUYEN T. NGUYEN, SBN 225368
DTN LAW GROUP
355 1st St., Unit S2006
San Francisco, California 94105
Telephone: (415) 310-6979
Facsimile: (415) 707-2171
duyen@dtnlawgroup.com

Attorneys for Plaintiffs
THOMAS T. AOKI, M.D., and
AOKI DIABETES RESEARCH INSTITUTE

GREGORY FORD GILBERT, SBN 65920
5112 Bailey Loup
McClellan, CA 95652
Telephone: (916) 643-2222
Facsimile: (916) 643-2080
ggilbert@gmail.com

Attorney for Defendants: GREGORY FORD GILBERT, BIONICA, INC., BIONICA INT'L, INC., TRINA HEALTH, LLC, TRINA HEALTH OF NEWPORT BEACH, LLC, MedEdCo, LLC, DIABETIC INNOVATIONS, LLC, MELANIE J. KUNZ, MICHAEL R. MCCARTHY, MARC D. ROSE, KEVIN J. BUCKMAN, TIMOTHY TIGHT, FAISING S. CHUI, DIABETIC LIFE PULSE OF LOUISIANA, LLC, LIMI MANAGEMENT, INC., DIABETIC LIFE PULSE, INC., LIFE PULSE HEALTH, LLC, JOHN D. MULLEN, GLENN A. WILSON, RICHARD L. GIRARD, DAVID S. BRADLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS T. AOKI, M.D., an individual, and AOKI DIABETES RESEARCH INSTIUTE, a California Non-Profit Corporation,<br><br>    Plaintiffs<br><br>    vs. | Case No.: 2:11-cv-02797-TLN-CKD<br><br>STIPULATION AND ORDER BY ALL PARTIES TO NONJURY TRIAL<br><br>***Trial Date: 07/23/2018*** |

-1-

STIPULATION AND ORDER TO NONJURY TRIAL BY ALL PARTIES
Case No.: 2:11-cv-02797-TLN-CKD

| | |
|---|---|
| 1 | GREGORY FORD GILBERT, an individual; BIONICA, INC., a Nevada corporation; BIONICA INT'L, LLC, a California limited liability company; TRINA HEALTH, LLC, a California limited liability company; TRINA HEALTH OF NEWPORT BEACH, LLC, a California limited liability company; DEEPAL CEMO MEDICAL SOLUTIONS, LLC, a California limited liability company also doing business as AMERICAN DIABETES THERAPY CENTERS; SAMMY F. CEMO, an individual; DEEPAL WANUWATTE, an individual; HEALTH INOVATIONS, LP, a California limited partnership; ACSRC, LLC, a Delaware limited liability company; GARY J. MUGG, an individual; SHUAN "SHERRY" TANG, an individual; MEDEDCO, LLC, an Arizona limited liability company; DIABETIC INOVATIONS, LLC, a Texas limited liability company; MELANIE J. KUNZ, an individual; MICHAEL R. McCARTHY, an individual; MARC R. ROSE, M.D., an individual; KEVIN J. BUCKMAN, M.D., an individual; and DOES 1 - 50,<br><br>Defendants |

Pursuant to Federal Rules of Civil Procedure rule 39(a), all parties in this herein matter:

Defendants GREGORY FORD GILBERT, an individual; BIONICA, INC., a Nevada corporation; BIONICA INT'L, LLC, a California Limited Liability Company; TRINA HEALTH, LLC, a California Liability Company; TRINA HEALTH OF NEWPORT BEACH, LLC, a California Limited Liability Company; KEVIN J. BUCKMAN, M.D., an individual; MARC R. ROSE, M.D., an individual; MICHAEL R. MCCARTHY, an individual; MELANIE J. KUNZ, NP, an individual; MEDEDCO, LLC, an Arizona Limited Liability Company; DIABETIC INOVATIONS, LLC, a Texas Limited Liability Company; DIABETIC LIFE PULSE OF LOUSIANA, LLC, a

Louisiana Limited Liability Company; LIFE PULSE HEALTH, LLC, a California Limited Liability Company; JOHN D. MULLEN, an individual; GLENN A. WILSON, an individual; RICHARD L. GIRARD, an individual; DAVID S. BRADLEY, an individual; LIMI MANAGEMENT, INC., a corporation with its principal place of business in Santa Barbara, California; DIABETIC LIFE PULSE, INC., a California corporation with its principal place of business in Santa Barbara, California; TIMOTHY TIGHT, an individual; and FAISING S. CHUI, an individual; and

  Plaintiffs THOMAS T. AOKI, an individual; and AOKI DIABETES RESEARCH INSTITUTE, Inc., a California non-profit corporation,

  by and through counsel, hereby waive trial by jury and stipulate to a nonjury trial in this matter.

ACKNOWLEDGED AND CONSENTED TO:

Dated: February 12, 2018  Gregory Gilbert

  By /s/ Gregory Gilbert_____
  Gregory Gilbert, Esq.
  Attorney for Defendants GREGORY FORD GILBERT, BIONICA, INC., BIONICA INT'L, INC., TRINA HEALTH, LLC, TRINA HEALTH OF NEWPORT BEACH, LLC, MedEdCo, LLC, DIABETIC INNOVATIONS, LLC, MELANIE J. KUNZ, MICHAEL R. MCCARTHY, MARC D. ROSE, KEVIN J. BUCKMAN, TIMOTHY TIGHT, FAISING S. CHUI, DIABETIC LIFE PULSE OF LOUISIANA, LLC, LIMI MANAGEMENT, INC., DIABETIC LIFE PULSE, INC., LIFE PULSE HEALTH, LLC, JOHN D. MULLEN, GLENN A. WILSON, RICHARD L. GIRARD, DAVID S. BRADLEY

Dated: February 12, 2018  DTN LAW GROUP

  By /s/Duyen Nguyen_____
  Duyen T. Nguyen, Esq.
  Attorney for Plaintiffs THOMAS T. AOKI and AOKI DIABETES RESEARCH INSTITUTE

Pursuant to the parties' stipulation by and through counsel, it is ordered that a trial by jury is deemed waived and trial in this matter, currently set for July 23, 2018, shall be conducted by the Court.

IT IS SO ORDERED.

Dated: 2/12/2018

                                          Troy L. Nunley
                                          United States District Judge