UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS T. AOKI, M.D., an individual, and AOKI DIABETES RESEARCH INSTITUTE, a California Non-Profit Corporation,<br><br>Plaintiffs<br><br>vs.<br><br>GREGORY FORD GILBERT, an individual, et al.<br><br>Defendants | Case No.: 2:11-cv-02797-TLN-CKD<br><br>ORDER SCHEDULING JUDGMENT DEBTOR EXAMINATION OF **GREGORY FORD GILBERT** |

GOOD CAUSE APPEARING, the Court hereby GRANTS Petitioner Thomas T. Aoki, M.D.'s ("AOKI") (Amended) *Ex Parte* Application For Order Scheduling Judgment Debtor Examination (ECF No. 461) and ORDERS the following:

Defendant and judgment debtor Gregory Ford Gilbert ("GILBERT"), on behalf of himself and as principal of defendants and judgment debtors Trina Health, LLC and Bionica, Inc. shall appear personally on **Wednesday, July 21, 2021, at 9:30 a.m.**, in the United States District Court for the Eastern District of California located at 501 I Street, Sacramento, CA 95814, Courtroom 24, 8th floor, to furnish information to aid in enforcement or execution of a money judgment. This Order shall be served upon the judgment debtor not less than 10 days before the date set for the examination and a certificate of such service filed with this Court. Service of this order creates a lien on the personal

property of the judgment debtor for a period of one year from the date of the order unless extended or sooner terminated by the court.

**NOTICE TO JUDGMENT DEBTOR: IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.**

IT IS SO ORDERED.

Dated: April 15, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

19,aoki.2797