UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS T. AOKI, M.D., an individual, and AOKI DIABETES RESEARCH INSTITUTE, a California Non-Profit Corporation,<br><br>Plaintiffs<br><br>vs.<br><br>GREGORY FORD GILBERT, an individual, et al.<br><br>Defendants | Case No.: 2:11-cv-02797-TLN-CKD<br><br>ORDER SCHEDULING EXAMINATION OF **TARA MILLER** TO AID IN ENFORCEMENT OF MONEY JUDGMENT |

GOOD CAUSE APPEARING, the Court hereby grants Petitioner Thomas T. Aoki, M.D.'s (Amended) *Ex Parte* Application For Order Scheduling an examination to aid in the enforcement or execution of a money judgment (ECF No. 461) and ORDERS the following:

Tara Miller, a witness in this matter and as former Chief Operating Officer of defendant and judgment debtor Trina Health, LLC, shall appear personally on **Wednesday, July 14, 2021, at 9:30 a.m.**, in the United States District Court for the Eastern District of California located at 501 I Street, Sacramento, CA 95814, Courtroom 24, 8th floor, to furnish information to aid in enforcement or execution of a money judgment.

This Order shall be served upon the witness not less than 10 days before the date set for the

examination and a certificate of such service filed with this Court.

**NOTICE TO PERSON SERVED: IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.**

IT IS SO ORDERED.

Dated: April 15, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

19,aoki.2797