UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS T. AOKI, M.D., an individual, and AOKI DIABETES RESEARCH INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY FORD GILBERT, et al.,<br><br>Defendant. | No. 2:11-cv-02797-TLN-CKD<br><br>**ORDER** |

This matter is before the Court on Plaintiffs' Motion to Clarify Damages Award. (ECF No. 438.) No opposition has been filed. The Court GRANTS Plaintiffs' motion and CLARIFIES its Findings of Fact and Conclusions of Law (ECF No. 434) as follows: Plaintiffs have proven entitlement to damages amounting to (1) $7,936,500 in disgorgement benefits, (2) $150,000 in statutory damages, and (3) $1,191,225.00 for trebled patent infringement damages, as well as attorney's fees, costs and injunctive relief.

IT IS SO ORDERED.

DATED: April 16, 2021

Troy L. Nunley
United States District Judge

1