UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS T. AOKI, et al.,

    Plaintiffs,

    v.

GREGORY FORD GILBERT, et al.,

    Defendants.

No. 2:11-cv-2797 TLN CKD

ORDER

(ECF No. 477)

Pending before the court is plaintiffs' motion to compel judgment-collection-related discovery from judgment debtors Gregory Ford Gilbert and Trina Health, LLC (collectively, "defendants"), and for associated attorneys' fees as sanctions.[1] (ECF No. 477.) The court granted plaintiffs' request to have this matter heard on shortened time, as plaintiffs are seeking discovery in advance of previously scheduled judgment debtor examinations in this case on July 14, 2021 and July 21, 2021. (ECF No. 478.) The court set the matter for hearing on July 7, 2021, ordering defendants to file any opposition by June 29, 2021. (Id.) When defendants filed no opposition by that date, the court vacated the hearing and took the matter under submission. (ECF No. 479.) As of this writing, defendants have not opposed or filed anything in response to plaintiffs' motion.

---

[1] This matter is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(1) & (c)(11) and 28 U.S.C. § 636(b)(1).

1

Plaintiffs move to compel responses to special interrogatories and document production requests served on defendants in late April 2021, all related to collecting the $9.2 million judgment plaintiffs won in this case in February 2021. (ECF No. 477 at 1, 5; see ECF Nos. 434, 448.) Plaintiffs' counsel avers that defendants have not provided any answers or documents in response to these discovery requests (nor requested an extension of time), despite some e-mail communication between plaintiffs' counsel, counsel for Trina Health, and Mr. Gilbert who is a former attorney now representing himself. (ECF No. 477.1 (Nguyen Decl.) ¶¶ 2-3; id. Exs. B & C.) Although these communications reveal that Mr. Gilbert recently experienced a family health emergency, it appears that this emergency occurred several days *after* the deadlines to respond to the discovery at issue. See Fed. R. Civ. P. 33(b)(2), 34(b)(2)(A) (30-day deadline to respond to interrogatories and document production requests). Having received no opposition to plaintiffs' motion, and given Mr. Gilbert's prior discovery delays and non-compliance in this case (see ECF No. 271), the court finds good cause to grant plaintiffs' motion to compel. See Fed. R. Civ. P. 37(a), 69(a)(2). Moreover, the court sets a tight deadline of **Friday, July 9, 2021** for defendants' responses and production because this discovery is needed in order to conduct effective judgment debtor examinations over the next two weeks.[2]

Plaintiffs also request sanctions of $3,500 in fees and costs associated with bringing this motion to compel. (ECF No. 477 at 7-10.) In a prior order in this case, the undersigned approved the hourly rate of $350.00 for plaintiffs' counsel, Duyen T. Nguyen. (ECF No. 244.) Ms. Nguyen again seeks fees at this rate. (Id. at 8.) The court finds that this hourly rate continues to be reasonable, for the same reasons previously stated. (See ECF No. 244.) However, plaintiffs' counsel did not provide the court with an itemized bill or an accounting of hours spent working on the motion. The court will therefore delay ruling on plaintiffs' request for monetary sanctions until such records are provided.

////

---

[2] These examinations were intentionally scheduled three months in advance, in order to allow time for plaintiffs to obtain the necessary discovery prior to the examinations. (ECF Nos. 462-464.)

Accordingly, it is HEREBY ORDERED THAT:

1. Plaintiffs' motion to compel (ECF No. 477) is GRANTED;
2. No later than **Friday, July 9, 2021**, defendants Gregory Ford Gilbert and Trina Health, LLC shall respond to and provide documents responsive to the following discovery requests:
   a. Special Interrogatories, Set One to Gregory Gilbert (dated April 22, 2021);
   b. Request for Production of Documents to Gregory Gilbert, Set One (dated April 23, 2021;
   c. Special Interrogatories, Set One to Trina Health, LLC (dated April 22, 2021); and
   d. Request for Production of Documents to Trina Health, LLC, Set One (dated April 29, 2021).
3. As to plaintiffs' request for attorneys' fees, no later than **July 20, 2021**, plaintiffs' counsel shall provide an itemized bill or an accounting of hours spent working on the motion to compel;
   a. Defendants will then have **seven (7) days** from the service of this supplemental filing to respond, but any such opposition shall be limited to opposing the reasonableness of the hours expended; and
   b. The matter shall thereafter stand submitted.

Dated: July 6, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

19.2797.aoki

3